# United States District Court

EASTERN DISTRICT OF WISCONSIN

**DILLARD E. KELLEY, SR.,**   **JUDGMENT IN A CIVIL CASE**

       Petitioner,

      V.   CASE NUMBER: **06-C-51**

**PHILLIP KINGSTON,**
**Warden of Waupun Correctional Institutional**,

      Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Dillard E. Kelley Sr.'s petition pursuant to Title 28, United States Code, Section 2254, is DISMISSED for lack of jurisdiction.** *Nunez v. United States,* **96 F.3d 990, 991 (7th Cir. 1996). This action is hereby DISMISSED.**

| | |
|---|---|
|   **June 13, 2006** |   SOFRON B. NEDILSKY |
| Date | Clerk |
| |   s/ Linda M. Zik |
| | (By) Deputy Clerk |